# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| SANDRA STARR, | : |
| | : |
|    Plaintiff, | : |
| | :   Case No.: 5:06-cv-188 (CAR) |
| v. | : |
| | : |
| DOLLAR GENERAL CORPORATION | : |
| and DOLGENCORP, INC., | : |
| | : |
|    Defendants. | : |

_____

### *ORDER*

Before the Court is Plaintiff's Motion to Dismiss [Doc. 22]. Defendants have filed a Response [Doc. 23] indicating that they have no objection to the motion. Accordingly, Plaintiff's Motion to Dismiss is **GRANTED** and her complaint is hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**. This 11th day of May, 2007.

                                          s/ C. Ashley Royal
                                          C. ASHLEY ROYAL
                                          UNITED STATES DISTRICT JUDGE

AEG/